**Fill in this information to identify the case:**

Debtor 1: Mathurine Jean-Louis

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois
(State)

Case number: 13-30770

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

### Part 1: Mortgage Information

**Name of creditor:** New Residential Mortgage Loan Trust 2018-RPL1 c/o Citibank, N.A. as Owner Trustee of NRMLT 2018-2

**Last 4 digits** of any number you use to identify the debtor's account: 6491

**Court claim no:** (if known) 4

**Property address:**
1020 WASHINGTON BLVD #2A
Number   Street

OAK PARK   IL   60302
City   State   ZIP Code

### Part 2: Prepetition Default Payments

*Check one:*

[✓] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[✓] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 09 / 01 / 2018
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:   (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____

c. **Total**. Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:   ___ / ___ / _____
MM / DD / YYYY

| | | |
|---|---|---|
| Debtor 1 | Mathurine Jean-Louis | Case number (*if known*) 13-30770 |
| | First Name    Middle Name    Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

**✗** /s/ Anita Robertson
Signature

Date  7 / 12 / 18

Print: Anita    Robertson
First Name    Middle Name    Last Name

Title: Bankruptcy Case Manager

Company:  Shellpoint Mortgage Servicing

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO Box 10826
Number    Street

Greenville, SC 29603-0826
City    State    ZIP Code

Contact phone ( 800 ) 365 – 7107

Email  mtgbk@shellpointmtg.com

| | |
|---|---|
| Shellpoint Mortgage Servicing<br>PO Box 10826<br><br>Greenville, SC  29603-0826 | Phone Number:   (800) 365-7107<br>Fax:                   (866) 467-1137<br>Email:   mtgbk@shellpointmtg.com |

RE: Debtor 1    Mathurine Jean-Louis
    Debtor 2

Case No:    1330770

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 7/12/2018.

Northern District of Illinois, Chicago Division
219 South Dearborn Street
Chicago, IL  60604


Tom Vaughn
55 E. Monroe Street
Suite 3850
Chicago, IL  60603


David H Cutler
4131 Main St

Skokie, IL  60076


Mathurine Jean-Louis

1020 WASHINGTON BLVD, 2A

OAK PARK IL  60302



/s/ Anita Robertson